UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Kathleen Biondo

Case No.: 17-20582
Chapter: 7
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

__Nancy Isaacson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __October 10, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   3 Woodmere Court
Hamburg, NJ 07419
Value: $157,964.00

Liens on property:   Specialized Loan Servicing
$243,058.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:   Nancy Isaacson
Address:   75 Livingston Avenue, Suite 301, Roseland, NJ  07068-3701
Telephone No.:  (973) 535-1600

*rev.8/1/15*

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 17-20582-JKS
Kathleen Biondo                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Sep 07, 2017
                             Form ID: pdf905          Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
```
db             Kathleen Biondo,    3 Woodmere Ct,    Hamburg, NJ 07419-2523
516842587      Ars/Account Resolution Specialist,    PO Box 459079,    Sunrise, FL 33345-9079
516842588      Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
516842590      Emer Phy Assoc North Jersey Pc,    PO Box 459079,    Sunrise, FL 33345-9079
516842592      Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
                Littleton, CO 80163-6005
516842593      Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2017 01:21:35      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2017 01:21:33      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516842589      E-mail/PDF: pa_dc_ed@navient.com Sep 08 2017 01:17:29      Dept of Ed/Navient,
                Attn: Claims Dept,    PO Box 9635,    Wilkes Barre, PA 18773-9635
516842591      E-mail/Text: bnckohlsnotices@becket-lee.com Sep 08 2017 01:20:59      Kohls/Capital One,
                Kohls Credit,    PO Box 3043,    Milwaukee, WI 53201-3043
516989538     +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 01:17:47      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. ROFIII Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Matthew Mugno    on behalf of Debtor Kathleen  Biondo matt@jrcfirm.com,    ecf@jrcfirm.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```